IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **CHINYERE OKORO,** | : | |
| | : | |
|     **Plaintiff,** | : | **CIVIL ACTION FILE NO.** |
| | : | **1:16-CV-01805-CC-AJB** |
| **v.** | : | |
| | : | |
| **TIMOTHY LEE MASON,** | : | |
| **LAW OFFICE OF LEE MASON,** | : | |
| **LLC, and MAGNOLIA WALK** | : | |
| **PHASE III HOMEOWNERS** | : | |
| **ASSOCIATION, INC.,** | : | |
| | : | |
|     **Defendants.** | : | |

## O R D E R

Upon review of the information contained in the parties' cross motions for summary judgment, [Docs. 43, 45-46], the undersigned Magistrate Judge **ORDERS** that the parties **SHOW CAUSE** in writing within **ten (10) days** from entry of this order why a ruling on the motions should not be stayed pending a resolution of Plaintiff's September 15, 2017 appeal to the State Court of Fulton County (*Okoro v. Magnolia Walk Phase III*, 17EV004099) of the Fulton County Magistrate Court's May 5, 2017 order recognizing the validity of the consent judgment.

**IT IS SO ORDERED**, this 26th day of March, 2018.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)